**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

## No. 19-7063

LARRY PERCELL MAYBIN,

               Plaintiff - Appellant,

      v.

DEPUTY MORRISON; DEPUTY GREENE; DEPUTY MCBRYER; DEPUTY MARTIN; DEPUTY LONG,

               Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Spartanburg.  Timothy M. Cain, District Judge.  (7:19-cv-01138-TMC-PJG)

Submitted: January 21, 2020               Decided: January 23, 2020

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Larry Percell Maybin, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Percell Maybin appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2018) complaint for failure to comply with a court order and failure to prosecute. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Maybin v. Morrison*, No. 7:19-cv-01138-TMC-PJG (D.S.C. July 1, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
